Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26–15981–ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kevin Michael Haines
aka Kevin M. Haines
6 Holly Court
Pittsgrove, NJ 08318

Social Security No.:
xxx–xx–2387

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I  Jerome Davis , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

6 Holly Court
Pittsgrove, NJ

Dated: July 1, 2026
JAN: jgd

Jeanne Naughton
Clerk