**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:
HAINES, KEVIN MICHAEL

Case No.: 26-15981
Chapter 7
Judge: Andrew B. Altenburg, Jr.

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse
401 Market Street, Second Floor
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on  August 4, 2026  at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4B  (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
| --- | --- | --- | --- |
| 6 Holly Court Pittsgrove, NJ | $380,000.00 | $390,444.00 Midland Mortgage Co. | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:        /s/ Thomas J. Subranni
Address:        115 S. 11th Avenue, Longport, NJ 08403
Telephone No.: (609) 335-1882

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 26-15981-ABA

Kevin Michael Haines                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                     User: admin                     Page 1 of 2

Date Rcvd: Jul 01, 2026                  Form ID: pdf905                  Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin Michael Haines, 6 Holly Court, Pittsgrove, NJ 08318-4605 |
| 521228884 | | Constance Cross, 248 Rt. 40 E5, Newfield, NJ 08344 |
| 521228888 | #+ | Lauren Haines, 6 Holly Court, Pittsgrove, NJ 08318-4605 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 01 2026 21:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 01 2026 21:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521228883 | ^ | MEBN | Jul 01 2026 21:21:14 | American Coradius International LLC, 2420 Sweet Home Rd, Ste 150, Buffalo, NY 14228-2244 |
| 521228885 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 01 2026 21:26:10 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 521228886 | ^ | MEBN | Jul 01 2026 21:22:02 | Hayt, Hayt & Landau, LLC, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 521228887 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 01 2026 21:27:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521228889 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 01 2026 21:28:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 521228890 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 01 2026 21:25:11 | Midland Mortgage Co, Attn: Customer ServiceBankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 521228891 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 01 2026 21:27:00 | NMAC, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 521228892 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 01 2026 21:25:05 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 521228893 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 01 2026 21:37:58 | Regional Acceptance Company, Attn: Bankruptcy, 1424 E. Firetower Road, Greenville, NC 27858-4105 |
| 521228894 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 01 2026 21:27:00 | State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 12

District/off: 0312-1

User: admin

Page 2 of 2

Date Rcvd: Jul 01, 2026

Form ID: pdf905

Total Noticed: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026

Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Lee Martin Perlman | on behalf of Debtor Kevin Michael Haines ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Thomas J Subranni | Tjsubranni@gmail.com  NJ84@ecfcbis.com;Subranni@premierremote.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4