Certificate Number: 12433-NJ-DE-041347304

Bankruptcy Case Number: 26-15981

12433-NJ-DE-041347304

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 19, 2026, at 4:57 o'clock PM PDT, Kevin M. Haines completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: August 19, 2026

By: /s/Loren Bailey Roberts

Name: Loren Bailey Roberts

Title: Teacher